**UNITED STATES of America, Appellant, v. James M. DUGGAN.**

No. 9015.

Circuit Court of Appeals, Eighth Circuit.

Sept. 26, 1930.

For opinion below, see 36 F.(2d) 804.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn.

L. B. Schwartz, of St. Paul, Minn., and S. P. Halpern, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on joint motion and stipulation of parties.